In the matter of Emma Lewin, arrested at suit of Paul W. Tatge, administrator of the estate of Edwin Lewin, deceased.

Emma A. Lewin, appellant, v. Paul W. Tatge, administrator, appellee.  Gen. No. 27,574.

Application for release from custody of sheriff under Insolvent Debtors' Act, Cahill's Ill. St. ch. 72, p. 1945. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Mark J. McNamara, for appellant.. Robert F. Kolb, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Peter G. Manusos for use of Mid-West Collection Bureau, appellee, v. Great Lakes Trust Company, appellant. Gen. No. 27,628.

Garnishee action. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed February 19, 1923.

Litsinger, Healy & Reid, for appellant. Clarence A. Samuel, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Florence M. McCarthy, appellee, v. Hannah McCarthy, appellant. Gen. No. 27,638.

Action of assumpsit for alleged balance of money loaned. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

D'Ancona & Pflaum, for appellant. S. J. Lumbard and T. F. Monahan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Merchants & Manufacturers Securities Company, appellee, v. Holton Sales Company, Inc., appellant. Gen. No. 27,648.

Motion to set aside judgment on note, which contained a power of attorney authorizing confession of judgment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923. Rehearing denied March 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Raoul W. Vanier, for appellant; William E. Cloyes, of counsel. Robert L. Huttner, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Charles Lord and Harry Lord, trading as John Lord's Sons, and Acme Waste Company, appellees, v. First National Bank of Englewood, appellant. Gen. No. 27,694.

Action for conversion of checks. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Cyrus Heren, James O'Callaghan and Harris F. Williams, for appellant. Tinsman & Blocki, for appellees.

Mr. Justice Matchett delivered the opinion of the court.